UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
 :
KENNETH M. RUBIN,                       :
                                        :    20cv3068 (DLC)
                    Plaintiff,          :
                                        :       ORDER
          -v-                           :
                                        :
MOTIVATE DESIGN LLC and MONA PATEL,     :
                                        :
                    Defendants.         :
                                        :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13-2020

DENISE COTE, District Judge:

   This action was filed on April 16, 2020.  On August 11, the Court scheduled an initial pretrial conference pursuant to Rule 16, Fed. R. Civ. P. to occur on September 18, 2020.  On August 12, plaintiff requested that his time to effect service on defendant Mona Patel ("Patel") be extended to September 14, 2020.  Accordingly, it is hereby

   ORDERED that plaintiff shall effect service on Patel by **September 4, 2020**.  Plaintiff is advised that failure to serve Patel by that date may result in the dismissal of the claims against Patel for failure to prosecute this action.

Dated:    New York, New York
          August 13, 2020

                              _____
                                      DENISE COTE
                              United States District Judge