# EISNER & DICTOR, P.C.
ATTORNEYS AT LAW

39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK  10006

TELEPHONE:  (212) 473-8700
FACSIMILE:  (212) 473-8705

E-MAIL: office@eisnerdictor.com
INTERNET: www.eisnerdictor.com

EUGENE G. EISNER
BENJAMIN N. DICTOR
THOMAS J. LAMADRID

OF COUNSEL
NATHANIEL K. CHARNY*
ROGER J. BERNSTEIN

*NY AND NJ BAR

December 4, 2020

VIA ECF

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

**MEMO ENDORSED**

Re:  Request for Adjournment of Initial Conference
Rubin v. Motivate Design LLC *et al.*
No. 1:20-cv-03068-DLC

Dear Judge Cote:

This office represents plaintiff in the above-referenced action. I write to respectfully request adjournment of the initial conference in this matter to January 15, 2021, or a date thereafter.

The initial conference is currently scheduled for December 11, 2020, at 2 p.m. This is the first request for adjournment of the initial conference, and defendants consent to this request.

The reason for this request is that the parties, after participating in an initial mediation session on November 19, 2020, have continued to explore settlement and may seek to participate in an additional session with the mediator. Adjournment of the initial conference will allow the parties to continue exploring a settlement, which would remove the need for the initial conference.

The parties thank you for your consideration in this matter.

Respectfully submitted,

Thomas J. Lamadrid

cc:     All counsel of record (via ECF)

---

Granted. The initial pretrial conference is adjourned to January 15, 2021 at 2:00 pm. There shall be no further adjournment of the conference.
Dated: December 4, 2020

_____
DENISE COTE
United States District Judge