```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KENNETH M. RUBIN,                        :
                                         :
                       Plaintiff,        :    20cv3068 (DLC)
                                         :
          -v-                            :    ORDER OF
                                         :    DISCONTINUANCE
MOTIVATE DESIGN LLC and MONA PATEL,      :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 28, 2021**.  If no such application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
           December 29, 2020

```
                              _____
                                   DENISE COTE
                              United States District Judge
```